UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Helen Cooper            Chapter 13--04BK-10402
                                           Paul H. Davidson, Trustee

IMMATERIAL MODIFICATION
THIS MODIFICATION CORRECTS A TYPOGRAPHICAL ERROR IN THE ORIGINAL PLAN

    NOW INTO COURT, comes debtor, and states:

**1.**

Paragraph I (A) of the original plan is amended to read as follows, _inter alia_:

SUBMISSION OF EARNINGS OR FUTURE INCOME:

Debtor(s) shall make 2 monthly payments to the Chapter 13 Trustee in the amount of $50.00 and 34 monthly payments to the Chapter 13 Trustee in the amount of $100.00 each, with the first payment being due 30 days after the plan is filed. The Payments shall be made by DIRECT PAY.

**2.**

    Debtor prays that this modification be made part of the original plan.

3/10/04                                             /s/ Kenneth A. Chandler
Date                                                KENNETH A. CHANDLER
                                                       Bar Number 01757
                                                       400 Travis St., Ste. 1404
                                                       Shreveport, LA 71101
                                                       318-222-4400
                                                       ATTORNEY FOR DEBTORS

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Helen Cooper   Chapter 13--04BK-10402
   Paul H. Davidson, Trustee

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Immaterial Modification was this date mailed by United States Mail, postage prepaid to:

MR. PAUL H. DAVIDSON
CHAPTER 13 TRUSTEE
PO BOX 19300
SHREVEPORT, LA 71149-0300

HELEN COOPER
103 BOULEVARD ST
SHREVEPORT, LA 71104-2503

| | |
|---|---|
| 3/10/04 | /s/ Kenneth A. Chandler |
| Date | KENNETH A. CHANDLER |
| | Bar Number 01757 |
| | 400 Travis St., Ste. 1404 |
| | Shreveport, LA 71101 |
| | 318-222-4400 |
| | ATTORNEY FOR DEBTORS |