UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

Helen Cooper                                  Chapter 13—04-10402
                                              Paul H. Davidson, Trustee

## DEBTOR'S MOTION TO DISMISS

**NOW INTO COURT,** comes debtor and moves the Court for an order dismissing this case. Debtor shows that the case has not previously been converted under 11 U. S. C. 706, 1112 or 1208.

| | |
|---|---|
| 9/8/04 | /s/ Kenneth A. Chandler |
| Date | KENNETH A. CHANDLER |
| | Bar Number 01757 |
| | 400 Travis St., Ste. 1404 |
| | Shreveport, LA 71101 |
| | 318-222-4400 |
| | ATTORNEY FOR DEBTOR |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above Debtor's Motion to Dismiss was this date mailed by United States Mail, postage prepaid, to:

MR. PAUL H. DAVIDSON                HELEN COOPER
CHAPTER 13 TRUSTEE                  103 BOULEVARD ST
PO BOX 19300                        SHREVEPORT, LA 71104-2503
SHREVEPORT, LA 71149-0300

| | |
|---|---|
| 9/8/04 | /s/ Kenneth A. Chandler |
| Date | KENNETH A. CHANDLER |
| | Bar Number 01757 |
| | 400 Travis St., Ste. 1404 |
| | Shreveport, LA 71101 |
| | 318-222-4400 |
| | ATTORNEY FOR DEBTOR |